IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                    PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                        DEFENDANTS

NICHOLAS DRAKE ADAMS                                                PLAINTIFF

v.                          No. 3:18-cv-156-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                        DEFENDANTS

ORDER

This consolidated case is set for trial in Jonesboro on 7 June 2021. The Court would appreciate a joint status report from the parties by 4 May 2021. The status report should cover:

- The estimated number of days to try this case if Adams remains in this case following the upcoming settlement conference;
- The estimated number of days to try this case if Adams settles;
- Any potential problems getting witnesses here due to travel bans;
- Whether any witness could appear by video via Microsoft Teams; and
- Any stipulations the parties have reached.

Joint report due by 4 May 2021.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2021