IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS DRAKE ADAMS                                PLAINTIFF

v.                      No. 3:18-cv-156-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                        DEFENDANTS

## JUDGMENT

Adams's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2021